**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MAZIAR KELLY,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.: 8:16-cv-01141-SDM-TGW**

**AARGON AGENCY, INC.,**

    **Defendant.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was scheduled for October 11, 2016.

<u>The case was settled prior to the mediation.</u>

Done October 11, 2016 in Tampa, Florida.

    Respectfully submitted,

    <u>/s/ Peter J. Grilli</u>
    Peter J. Grilli, Esq.
    Florida Bar No. 237851
    Mediator
    3001 West Azeele Street
    Tampa, Florida 33609
    813.874.1002    Fax: 813.874.1131
    email: peter@grillimediation.com

I HEREBY CERTIFY that October 11, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

    <u>/s/ Peter J. Grilli</u>
    Peter J. Grilli, Esq.